# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00665-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| JOHN AND JANE DOES, | |
| Defendant(s). | |

On April 27, 2017, the Court issued an order for Plaintiff to show cause why, *inter alia*, the subpoenas issued in this case should not be quashed. On May 8, 2017, the Court granted Plaintiff's request to extend the deadline to respond. The Court hereby **ORDERS** the recipients of the subpoenas not to provide the subpoenaed information pending resolution of the order to show cause. *Cf. Malibu Media, LLC v. Doe*, 2016 WL 3383830, at *4 (N.D. Cal. June 20, 2016) (staying compliance with subpoena pending resolution of motion to quash). Plaintiff is further **ORDERED** to immediately serve a copy of this order on the recipients of the subpoenas, and to file a proof of service so indicating by noon on May 12, 2017.

IT IS SO ORDERED

Dated: May 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge