# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-CV-665 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JEREMY SCOTT JOHNSON, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 15). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 19). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is defendants Leslie Huddleston and Leticia Romeros' motion to dismiss. (ECF No. 29). Plaintiffs have not filed a response, and the time to do so has since passed.

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 19-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate for all but the first-named defendant that is still a party to the action.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 15) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Jeremy Scott-Johnson be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that defendants' motion to dismiss (ECF No. 29) be, and the same hereby is, DENIED as moot.

DATED November 16, 2017.

                                                              UNITED STATES DISTRICT JUDGE